■ In the Matter of CONSTANCE CLANCY, on Behalf of Herself and Her Minor Child, Petitioner, v CESAR A. PERALES, as Commissioner of the New York State Department of Social Services, et al., Respondents. — Determination unanimously annulled and petition granted, without costs. Memorandum: Respondents conceded on oral argument and in their briefs that, on the particular facts presented here, 18 NYCRR 352.29 (h) is inapplicable and that, therefore, the relief requested should be granted. (Article 78 proceeding transferred by order of Supreme Court, Erie County, Ricotta, J.) Present — Hancock, Jr., J. P., Callahan, Doerr, O'Donnell and Moule, JJ.